UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

_____
                                )
In re: MICHAEL DAVIS SCOTT      )
d/b/a SOUTHEAST PROPERTIES      )
        Debtor                  )   CHAPTER 7
                                )   BANKRUPTCY NO.
_____  )

MOTION FOR WITHDRAWAL

Pursuant to Rules 1007(c) and 3015 of the United States Rules of Bankruptcy Procedure, the attorney of record for the Debtor moves this Honorable Court for leave to withdraw from the above-captioned matter on the grounds that there has been an irretrievable breakdown in the attorney-client relationship.

                                        Debtor, Michael Davis Scott
                                        d/ba/ Southeast Properties
                                        By his attorney

                                        /S/Apolo J. Catala
                                        _____
                                        Apolo J. Càtala, Esq.
                                        Càtala & Associates, P.C.
                                        60 State Street, Suite 700
                                        Boston, Massachusetts 02109
                                        bma 09576
                                        (617) 367-9654

Date: February 26, 2010

# CERTIFICATE OF SERVICE

I, Apolo J. Catala, Esquire do hereby certify that I have on this day of March 1, 2010 served a copy of the following documents: (1) MOTION FOR WITHDRAWAL on the following CM/ECF participants: John Fitzgerald, Esquire, Assistant U.S. Trustee, Warren E. Agin, Esquire, Chapter 7 Trustee. I further certify that I have also mailed a copy of this document electronically filed with the Court by first class mail, postage prepaid to the following parties.

/S/ Apolo J. Catala_____
Apolo J. Càtala, Esq., BBO # 545173

**By mail to:**   Department of The Treasury Internal Revenue Service
P.O. Box 9112
JFK PO
STOP 20800
Boston, MA 02203-9112

Dennis E. McKenna, Esq.
Three Center Plaza, 6th Floor
Boston, MA 02108

Town of Mansfield
Tax Collector
6 Park Road
Mansfield, MA 02048

Mortgage Electronic Registration System, Inc.
P.O. Box 2026
Flint, MI 48501-2026

Litton Loan Servicing, L.P.
P.O. Box 829009
Dallas, TX 75382-9009

Erik Shaughnessy, Esq.
Laura White Brandow, Esq.
Marcus, Errico, Emmer & Brooks, P.C.
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184

Town of Bourne – Tax Collector
24 Perry Avenue
Buzzards Bay, MA 02532

A. Rebecca Murray, Esq.
Candace Womack, Esq.
Jason J. Giguere, Esq.
Harmon Law Offices, P.C.
P.O. Box 610345

Newton Highlands, MA 02461

Joe M. Lozano, Jr. Esq.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243


Stuart T. Schrier, Esq.
Schrier & Balin, P.C.
1011 Dorchester Avenue
Boston, MA 02125

American Express Bank FSB
C/o Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Meagan B. Casey, Esq.
Reimer & Braunstein LLO
Three Center Plaza
Boston, MA 02108

Eunice James-Scott
40 Old Stable Drive
Mansfield, MA 02048

Michael D. Scott
40 Old Stable Drive
Mansfield, MA 02048

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MASSACHUSETTS

_____

**In re: MICHAEL D. SCOTT**  )
**d/b/a Southeast Properties**  )
        **Debtor**  ) **CHAPTER 7**
         ) **BANKRUPTCY NO. 09-13820-WCH**
_____  )

ORDER APPROVING MOTION FOR WITHDRAWAL

    After reviewing Motion For Withdrawal, it is hereby ordered that the Motion For Withdrawal is approved.

Date: _____                _____
                                              William C. Hillman
                                              United States Bankruptcy Judge